Nasra v Eldibs (2024 NY Slip Op 03800)

Nasra v Eldibs

2024 NY Slip Op 03800

Decided on July 11, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: July 11, 2024

Before: Webber, J.P., Gesmer, González, Pitt-Burke, Rosado, JJ. 

Index No. 652257/20 Appeal No. 1703 Case No. 2023-00807 

[*1]Kindi Asad Al Nasra, Plaintiff-Respondent,
v
Sami Nayef Eldibs, Defendant-Appellant.

An appeal having been taken to this Court by the above-named defendant from an order of the Supreme Court, New York County (Dakota D. Ramseur, J.), entered on or about October 28, 2022,
And said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated January 30, 2024,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: July 11, 2024